Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16−26973−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David S Moon
   aka Soon Chul Moon
   444 Lee Ct.
   Fort Lee, NJ 07024

Social Security No.:
   xxx−xx−8743

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/21/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 21, 2016
JJW: mcp

James J. Waldron
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                             Case No. 16-26973-VFP
David S Moon                                                       Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 1                  Date Rcvd: Nov 21, 2016
                               Form ID: 148                 Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
db             +David S Moon,    444 Lee Ct.,   Fort Lee, NJ 07024-2137
aty            +Heather Bock,    McCalla, Raymer Pierce LLC,    1544 Old Alabama Rd.,   Roswell, GA 30076-2102
cr             +Westgate Condominium Association Inc.,    c/o Hubschman & Roman, P.C.,
                 460 Bergen Boulevard, 4th Floor,    Palisades Park,, NJ 07650-2300
516375020       M&T Bank,   P.O. Box 619063,   Dallas, TX 75261-9063
516375021      +Schiller Knapp Lefkowitz & Hertzel LLP,    950 New Loudon Rd # 109,    Latham, NY 12110-2100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2016 00:08:15      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2016 00:08:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Nov 21 2016 23:33:00      Synchrony Bank,   c/o Recovery Mmgt. Sys.,
                 25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
516431908       EDI: RMSC.COM Nov 21 2016 23:33:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John J. Roman    on behalf of Creditor    Westgate Condominium Association Inc. jroman@hr-law.com,
               viviang@hr-law.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael E. Blaine    on behalf of Creditor    M&T BANK mblaine@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Seung H. Shin    on behalf of Debtor David S Moon shinjunglaw@gmail.com
                                                                                               TOTAL: 5
```